IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANNA EDWARDS,

    Plaintiff,

v.

KOHLER CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-781-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that summary judgment is granted in favor of plaintiff Anna Edwards and her claim is remanded to the defendant for further proceedings.

_____
Peter Oppeneer, Clerk of Court

11/15/12
Date