IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANNA EDWARDS,

    Plaintiff,

v.

KOHLER CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-781-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that summary judgment is granted in favor of plaintiff Anna Edwards and her claim is remanded to the defendant for further proceedings.

_____      11/15/12
Peter Oppeneer, Clerk of Court         Date